**FORM B6A (Official Form 6A) (12/07)**

In re _Carpenter's Dairy Farm, LLC_____,     Case No._10-11978_____
                        Debtor(s)                                                    (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Parcel #80-04-005-020-00; The South 70-69 acres of the West Half of the Northeast fractional quarter of Sec 5, T2S, R16W, according to the government survey thereof, Bangor Township, Van Buren County, MI.--SEV 100,100 for 2010 | Fee Simple | | $ 200,200.00 | $ 200,200.00 |
| Parcel #80-04-004-005-10; The North 155 acres of the Northeast fractional quarter of Sec 4, T2S, R16W, with exceptions, Bangor Township, Van Buren County, MI--SEV $287,100 for 2010 | Fee Simple | | $ 574,200.00 | $ 244,413.00 |
| parcel 3- That portion of the West 10 rods of the Southeast quarter of Sec 33, T1S, R16W, according to the government survey thereof, lying South of M-43 Highway, Geneva, Township , Van Buren County, MI.--SEV $7000. for 2010 | Fee Simple | | $ 14,000.00 | $ 0.00 |

No continuation sheets attached

**TOTAL $**
**(Report also on Summary of Schedules.)**    788,400.00

In re *Carpenter's Dairy Farm, LLC*                    , Case No. *10-11978*
_____
Debtor(s)                                                      (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | *deposits* | | $ 3,000.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | *Hamilton Farm Bureau-patronage* | | $ 35.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | | *MMPA certificates* | | $ 21,996.59 |

Page   1   of   3

In re _Carpenter's Dairy Farm, LLC_ ,                    Case No. _10-11978_

Debtor(s)                                                                        (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | | _MMPA_ | | $ 7,000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | _Kevin Moran-Moran Managment Services- $7000 claim_<br>_Location: Chapter 7 petition filed 8-6-2010, case # 10-09676_ | | $ 0.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | _1972 Ford stake truck_<br>_Location: In debtor's possession_<br><br>_2001 Bison trailer_<br>_Location: In debtor's possession_ | | $ 1,200.00<br><br><br>$ 500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |

In re **Carpenter's Dairy Farm, LLC** ,                                    Case No. **10-11978**
_____                          _____
           Debtor(s)                                                                        (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H<br>Wife--W<br>Joint--J<br>Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment and supplies used in business. | | *2005 Yamaha 4 wheel*<br>*Location: broken* | | $ 300.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | | *cows-175 cows milking and dry*<br>*Location: In debtor's possession* | | $ 175,000.00 |
| | | *heifers-35 heifers 2 weeks to 4 months*<br>*Location: In debtor's possession* | | $ 8,750.00 |
| 32. Crops - growing or harvested. Give particulars. | | *corn silage*<br>*Location: In debtor's possession* | | $ 63,000.00 |
| 33. Farming equipment and implements. | | *farm equipment*<br>*Location: In debtor's possession* | | $ 100,000.00 |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

**Total** ➡     **$ 380,781.59**

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

B6C (Official Form 6C) (04/10)

In re *Carpenter's Dairy Farm, LLC* _____,    Case No. *10-11978* _____
  Debtor(s)                                                                        (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:    ☐ Check if debtor claims a homestead exemption that exceeds $146,450.*

(Check one box)
☐ 11 U.S.C. § 522(b) (2)
☒ 11 U.S.C. § 522(b) (3)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| *None* | | | |
| | | **Subtotal:** | **$ 0.00** | **$ 0.00** |
| | | **Total:** | **$0.00** | **$0.00** |

Page No. __1__ of __1__

\* Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6D (Official Form 6D) (12/07)

In re <u>**Carpenter's Dairy Farm, LLC**</u>                    ,    Case No. <u>10-11978</u>
**Debtor(s)**                                           (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien  H--Husband  W--Wife  J--Joint  C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: *CK-B*  *Creditor # : 1*  *Green Valley Agricultural, Inc*  *3857 - 108th Street SE*  *Caledonia MI 49316* | | *3/11/2010*  *Judgment Lien*  Value: *$ 0.00* | | | | *$ 10,000.00* | *$ 10,000.00* |
| Account No: *CK-B*  *Representing:*  *Green Valley Agricultural, Inc* | | *Rhoades McKee PC*  *Patrick R. Drueke*  *161 Ottawa Avenue NW, Ste 600*  *Grand Rapids MI 49503*  Value: | | | | | |
| Account No:  *Creditor # : 2*  *Michigan Dept of Treasury*  *Collection / Bankruptcy Unit*  *P O Box 30168*  *Lansing MI 48909* | | *7-28-2010*  *tax lien*  Value: *$ 0.00* | | | | *$ 957.00* | *$ 957.00* |

<u>1</u>    continuation sheets attached

|  | Subtotal $  (Total of this page) | $ 10,957.00 | $ 10,957.00 |
|---|---|---|---|
|  | Total $  (Use only on last page) | | |
|  | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6D (Official Form 6D) (12/07)    - Cont.

In re _Carpenter's Dairy Farm, LLC_ ,                    Case No. 10-11978
               **Debtor(s)**                                    (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No. *Representing:* **Michigan Dept of Treasury** | | **Michigan Attorney General P O Box 30212 Lansing MI 48909**  Value: | | | | | |
| Account No. **Creditor # : 3 The West Michigan Savings Bank 232 W Monroe P O Box 220 Bangor MI 49013** | X | **1-2007**  **parcel 3, Parcel #80-04-004-005-10, Parcel #80-04-005-020-00**  Value: **$ 788,400.00** | X | | | **$ 444,613.00** | **$ 0.00** |
| Account No. | | Value: | | | | | |
| Account No. | | Value: | | | | | |
| Account No. | | Value: | | | | | |
| Account No. | | Value: | | | | | |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors
Holding Secured Claims

|  | Subtotal $ (Total of this page) | $ 444,613.00 | $ 0.00 |
|---|---|---|---|
|  | Total $ (Use only on last page) | $ 455,570.00 | $ 10,957.00 |
|  |  | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6E (Official Form 6E) (04/10)

In re _Carpenter's Dairy Farm, LLC_ ,                              Case No. _10-11978_
              **Debtor(s)**                                                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☒ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_1_    **continuation sheets attached**

Official Form 6E (04/10) - Cont.

In re _Carpenter's Dairy Farm, LLC_____ ,   Case No._10-11978_____
　　　　　**Debtor(s)**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet:　_Wages, salaries, and commissions_

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred and Consideration for Claim<br>H--Husband<br>W--Wife<br>J--Joint<br>C--Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|
| Account No:<br>*Creditor # : 1*<br>*Chad Carpenter*<br>*Bangor MI 49013* | | *6-25 to 9-17*<br>*unpaid wages* | | | | $ 7,090.00 | $ 7,090.00 | $ 0.00 |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |

Sheet No. _1_ of _1_ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| **Subtotal $**<br>(Total of this page) | 7,090.00 | 7,090.00 | 0.00 |
| **Total $**<br>(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | 7,090.00 | | |
| **Total $**<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | | 7,090.00 | 0.00 |

B6F (Official Form 6F) (12/07)

In re _Carpenter's Dairy Farm, LLC_____,                    Case No. _10-11978_____
                          **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed.  R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:   *0148*<br>*Creditor # : 1*<br>*Accelerated Genetics*<br>*E10890 Penny Ln*<br>*Baraboo WI 53913-9408* | | *2009*<br>*supplies* | | | | *$ 1,349.19* |
| Account No:   *0148*<br><br>*Representing:*<br>*Accelerated Genetics* | | *Diversified Adjustment Service*<br>*600 Coon Rapids Blvd*<br>*Minneapolis MN 55433* | | | | |
| Account No:   *4339xxx0515*<br>*Creditor # : 2*<br>*Bank of America*<br>*Business Card*<br>*P O Box 15710*<br>*Wilmington DE 19886-5710* | | *2009*<br>*Credit Card Purchases* | | | | *$ 26,727.90* |
| Account No:   *4339xxx0515*<br>*Representing:*<br>*Bank of America* | | *Focus Receivables Management*<br>*1130 Northchase Parkway*<br>*Suite 150*<br>*Marietta GA 30067* | | | | |

  _4_ continuation sheets attached                                Subtotal $ | *$ 28,077.09*
                                                                         Total $ |
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Carpenter's Dairy Farm, LLC_____,   Case No. _10-11978_____
                    **Debtor(s)**                                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   **4339xxx0515** *Representing:* Bank of America | | | Creditors Financial Group, LLC P O Box 440290 Aurora CO 80044-0290 | | | | |
| Account No:   **4339xxx0515** *Representing:* Bank of America | | | Mercantile Adjustment Bureau P O Box 9016 Rochester NY 14604 | | | | |
| Account No: Creditor # : 3 Bill Krohn & Sons Excavating 53636 M-43 Bangor MI 49013 | | | 12/1/09 excavating services | | | | $ 6,305.00 |
| Account No:   **4802xxxxx6297** Creditor # : 4 Capital One Jennifer Dillow 2155 Butterfield Dr., Site 200 Troy MI 48084 | | | Credit Card Purchases | | | | $ 8,239.49 |
| Account No:   **4802xxxxx6297** *Representing:* Capital One | | | Weltman Weinberg & Reis Co LPA 175 South 3rd St, Suite 900 Columbus OH 43215-5166 | | | | |
| Account No:   **4802xxxxx6297** *Representing:* Capital One | | | Nelson, Watson & Assoc, LLC 80 Merrimack St lower level Haverhill MA 01830 | | | | |

Sheet No. _1_ of _4_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                     Subtotal $     $ 14,544.49

                                                      Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)    - Cont.

In re _Carpenter's Dairy Farm, LLC_____,    Case No. _10-11978___
                      **Debtor(s)**                                            (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 5 <br> Chad Carpenter <br> Bangor MI 49013 | | | 3-10 thru 9-10 <br> Unpaid rent and wages | | | | $ 10,714.00 |
| Account No: <br> Creditor # : 6 <br> Charles Bender <br> 6033 West C Ave <br> Kalamazoo MI 49009 | | | 2009 <br> Appraisal services | | | | $ 500.00 |
| Account No: <br> Creditor # : 7 <br> CJD Farm Consulting Inc <br> 9373 Garfield St <br> Coopersville MI 49404-9750 | | | 4-2010 <br> Services | | | | $ 1,812.00 |
| Account No: 6011xxxx6291 <br> Creditor # : 8 <br> Discover Financial Services <br> P O Box 6103 <br> Carol Stream IL 60197-6103 | | | 09/18/09 <br> Credit Card Purchases | | | | $ 6,787.69 |
| Account No: 6011xxxx6291 <br> Representing: <br> Discover Financial Services | | | Universal Fidelity LP <br> 16625 Park Row <br> Houston TX 77084 | | | | |
| Account No: 12386-11265 <br> Creditor # : 9 <br> Farm Plan <br> P O Box 5328 <br> Madison WI 53705-0328 | | | 2009 <br> parts and repairs <br> John Deere Credit account | | | | $ 6,921.00 |

Sheet No. __2__ of __4__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 26,734.69

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related)

B6F (Official Form 6F) (12/07)    - Cont.

In re  Carpenter's Dairy Farm, LLC                                    ,          Case No.  10-11978
                                **Debtor(s)**                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:    8072/0962 <br> Creditor # : 10 <br> Finnermans Farm and Garden Ser <br> 58794 CR 671 <br> Paw Paw MI 49079 | | equipment rental | | | | $ 603.00 |
| Account No: <br> Creditor # : 11 <br> George W. Kusmack <br> 76941 42nd Street <br> Decatur MI 49045 | | 1-2009 <br> livestock, hay, equipment | | | | $ 70,000.00 |
| Account No: <br> Creditor # : 12 <br> Glendora Farms <br> 26779 66th St. <br> Bangor MI 49013 | | 2008 <br> feed | | | | $ 62,851.68 |
| Account No:    H10110 <br> Creditor # : 13 <br> Hamilton Farm Bureau <br> 4645  E Washington St <br> Hamilton MI 49419 | | 2010 <br> supplies | | | | $ 1,893.00 |
| Account No: <br> Creditor # : 14 <br> Hamlin Farms <br> 6679 111th Ave <br> South Haven MI 49090 | | 2009 <br> Custom work | | | | $ 1,400.00 |
| Account No: <br> Creditor # : 15 <br> Hopkins Elevator, Inc. <br> P.O. Box 247 <br> Hopkins MI 49328 | | 6/30/2010 <br> feed and supplies | | | | $ 96,069.28 |

Sheet No.     3    of     4    continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $              $ 232,816.96
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Carpenter's Dairy Farm, LLC_____,   Case No. _10-11978_____
                        **Debtor(s)**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:        18<br><br>Creditor # : 16<br>John Deere Credit<br>6400 NW 86th Street<br>PO Box 6600<br>Johnston IA 50131-6600 | | | 2009<br>Credit line | | | | $ 5,534.12 |
| Account No:        18<br><br>Representing:<br>John Deere Credit | | | John Deere Credit<br>PO Box 4450<br>Carol Stream IL 60197-4450 | | | | |
| Account No:     800634<br><br>Creditor # : 17<br>Northstar Cooperative<br>P O Box 32157<br>Lansing MI 48909 | | | 2010<br>grain | | | | $ 978.00 |
| Account No:   5600985339286<br><br>Creditor # : 18<br>PNC Bank<br>Mailstop: P5-PCLC-02-R<br>2730 Liberty Ave<br>Pittsburgh PA 15222 | X | | Credit Card Purchases | | | | $ 41,754.00 |
| Account No:     7699<br><br>Creditor # : 19<br>Red Arrow Animal Clinic, PC<br>38354 Red Arrow Hwy<br>Paw Paw MI 49079 | | | 2009<br>large animal veterinary | | | | $ 10,278.91 |
| Account No: | | | | | | | |

Sheet No.    4   of      4   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal $ | $ 58,545.03 |
|---|---|---|
| (Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related | Total $ | $ 360,718.26 |

In re *Carpenter's Dairy Farm, LLC* _____ / Debtor    Case No. *10-11978* _____

(if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| **Burt and Margaret  Farley**<br><br>**Bangor MI   49013** | Contract Type: *Land lease*<br>Terms: *$75/ acre due 4/1/2011*<br>Beginning date:<br>Debtor's Interest: *Lessee*<br>Description: *33 acres at 64725 CR 378*<br><br>Buyout Option: |
| **Chad Carpenter**<br><br>**Bangor MI   49013** | Contract Type: *equipment lease*<br>Terms: *$915/mth*<br>Beginning date: *1/1/2008*<br>Debtor's Interest: *Lessee*<br>Description:<br><br>Buyout Option: |
| **Chad Carpenter**<br><br>**Bangor MI   49013** | Contract Type: *Cow lease*<br>Terms: *$700 / mth for 47 months*<br>Beginning date: *6/1/2008*<br>Debtor's Interest: *Lessee*<br>Description: *30 dairy cows*<br><br>Buyout Option: |
| **Dave Karr**<br><br>**Bangor MI   49013** | Contract Type: *Land lease*<br>Terms: *$63/acre*<br>Beginning date:<br>Debtor's Interest: *Lessee*<br>Description: *30 acres*<br><br>Buyout Option: |
| **Douglas Carpenter**<br>**64029 M-43**<br>**Bangor MI   49013** | Contract Type: *Land rental*<br>Terms: *$1200 per month*<br>Beginning date:<br>Debtor's Interest: *Lessee*<br>Description: *50 acres- $1200/mth*<br><br>Buyout Option: |

In re _Carpenter's Dairy Farm, LLC_ _____ / Debtor     Case No. _10-11978_

<span style="text-align:right;">(if known)</span>

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| _George Welder_<br>_P O Box 8_<br>_South Haven MI   49090_ | Contract Type:_Land lease_<br>Terms: _$2500 / year due Oct. 1, 2010_<br>Beginning date:<br>Debtor's Interest:_Lessee_<br>Description: _25 acres_<br><br>Buyout Option: |
| _Grant Lebarman_<br><br>_Bangor MI   49013_ | Contract Type:_Land lease_<br>Terms: _$80/acre_<br>Beginning date:<br>Debtor's Interest:_Lessee_<br>Description: _5 acres_<br><br>Buyout Option: |
| _Larry Lewis_<br><br>_Bangor MI   49013_ | Contract Type:_Land lease_<br>Terms: _$50/acre_<br>Beginning date:<br>Debtor's Interest:_Lessee_<br>Description: _25 acres_<br><br>Buyout Option: |
| _Tom Crandall_<br><br>_Bangor MI   49013_ | Contract Type:_Land lease_<br>Terms: _$80/acre_<br>Beginning date:<br>Debtor's Interest:_Lessee_<br>Description: _50 acres_<br><br>Buyout Option: |

In re *Carpenter's Dairy Farm, LLC* _____ / Debtor     Case No. *10-11978* _____

(if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| *Penny and Dana Carpenter*<br>*64015 M 43*<br>*Bangor MI   49013-9674* | *PNC Bank*<br>*Mailstop: P5-PCLC-02-R*<br>*2730 Liberty Ave*<br>*Pittsburgh PA   15222*<br><br>*The West Michigan Savings Bank*<br>*232 W Monroe*<br>*P O Box 220*<br>*Bangor MI   49013* |

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MICHIGAN

In re:   **Carpenter's Dairy Farm, LLC**

Case No.   **10-11978**
Chapter   **12**

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE:   ONLY INCLUDE information directly related to the business operation.)

| | | |
|---|---:|---:|
| PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS: | | |
| 1.  Gross Income For 12 Months Prior to Filing: | | $          495,000.00 |
| | | |
| PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME: | | |
| 2.  Gross Monthly Income: | | $            48,000.00 |
| | | |
| PART C - ESTIMATED FUTURE MONTHLY EXPENSES: | | |
| 3.  Net Employee Payroll (Other Than Debtor) | $          10,300.00 | |
| 4.  Payroll Taxes | 1,000.00 | |
| 5.  Unemployment Taxes | 0.00 | |
| 6.  Worker's Compensation | 0.00 | |
| 7.  Other Taxes | 350.00 | |
| 8.  Inventory Purchases (Including raw materials) | 0.00 | |
| 9.  Purchase of Feed/Fertilizer/Seed/Spray | 13,330.00 | |
| 10. Rent (Other than debtor's principal residence) | 1,300.00 | |
| 11. Utilities | 650.00 | |
| 12. Office Expenses and Supplies | 100.00 | |
| 13. Repairs and Maintenance | 1,000.00 | |
| 14. Vehicle Expenses | 3,300.00 | |
| 15. Travel and Entertainment | 0.00 | |
| 16. Equipment Rental and Leases | 2,000.00 | |
| 17. Legal/Accounting/Other Professional Fees | 500.00 | |
| 18. Insurance | 1,000.00 | |
| 19. Employee Benefits (e.g., pension, medical, etc.) | 1,000.00 | |
| | | |
| 20. Payments to Be Made Directly By Debtor to Secured Creditors For | | |
| Pre-Petition Business Debts (Specify): | | |
| | $                 0.00 | |
| | 0.00 | |
| | 0.00 | |
| | | |
| 21. Other (Specify) | | |
| **custom hire** | $               700.00 | |
| **vetrinary** | 1,000.00 | |
| **supplies and misc.** | 4,000.00 | |
| | | |
| 22. Total Monthly Expenses | | $            41,530.00 |
| | | |
| PART D - ESTIMATED AVERAGE  NET MONTHLY INCOME: | | |
| | | |
| 23. AVERAGE NET MONTHLY INCOME (Subtract Item 22 from Item 2) | | $              6,470.00 |

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MICHIGAN

In re *Carpenter's Dairy Farm, LLC,*
*a Michigan Limited Liability Company*
*aka Carpenter Farm*
*aka Carpenter Dairy*

Case No.  *10-11978*
Chapter  *12*

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's  liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | *Yes* | *1* | $    788,400.00 | | |
| B-Personal Property | *Yes* | *3* | $    380,781.59 | | |
| C-Property Claimed as Exempt | *No* | *0* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *2* | | $    455,570.00 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | *Yes* | *2* | | $    7,090.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *5* | | $    360,718.26 | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *2* | | | |
| H-Codebtors | *Yes* | *1* | | | |
| I-Current Income of Individual Debtor(s) | *Yes* | *1* | | | $    41,250.00 |
| J-Current Expenditures of Individual Debtor(s) | *Yes* | *1* | | | $    33,000.00 |
| TOTAL | | 18 | $    1,169,181.59 | $    823,378.26 | |

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MICHIGAN

In re *Carpenter's Dairy Farm, LLC,*
    *a Michigan Limited Liability Company*

Case No. *10-11978*
Chapter *12*

_____ / Debtor

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| **TOTAL** | $ |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

**B6 Declaration (Official Form 6 - Declaration) (12/07)**

In re *Carpenter's Dairy Farm, LLC,*
        *a Michigan Limited Liability Company*          Case No. *10-11978*
                                  Debtor                                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY ON BEHALF OF A SINGLE MEMBER LLC

I, *Dana M. Carpenter*                , *member*                of the *single member llc*

named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of          *19*      sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date: *10/15/2010*                      Signature  */s/ Dana M. Carpenter*
                                              Name: *Dana M. Carpenter*
                                              Title:  *member*


[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]


Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.